# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143058(7)

JASON HANKINS,
       Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
       Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143058
AGC: 2627/10
      2674/10

      On order of the Court, the motion for reconsideration of this Court's September 6, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011                                   
                                            Clerk

d1017